THE NATIONAL SAVINGS BANK OF THE CITY OF ALBANY, Appellant, *v.* FERMAC CORPORATION, Respondent, Impleaded with Others.

(Argued November 21, 1934; decided December 7, 1934.)

*Roland Ford* for appellant.
*Edward S. Rooney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.